1  **VDSM**

2  GARY W. CALL, ESQ.
   Nevada Bar No. 6922

3  EDWARD M. BERNSTEIN & ASSOCIATES
   500 South Fourth Street

4  Las Vegas, Nevada 89101
   Phone: (702) 384-4000

5  Fax:     (702) 385-4640

6  Attorneys for Plaintiffs

7                  UNITED STATES DISTRICT COURT

8                        DISTRICT OF NEVADA

9                            ---o0o---

10 JOHN E. CRUZ and SILVIA CRUZ,              Case No.:  2:09-CV-02461-PMP-LRL

11          Plaintiffs,

12 vs.

13 HEALTHSOUTH CORPORATION, as plan
   sponsor and plan administrator for

14 HEALTHSOUTH GROUP HEALTH PLAN;
   BLUE CROSS BLUE SHIELD OF ALABAMA

15 as claims administrator for HEALTHSOUTH        **VOLUNTARY DISMISSAL**
   GROUP HEALTH PLAN; CHW NEVADA                 **WITHOUT PREJUDICE OF**

16 IMAGING COMPANY, LLC f/k/a NEVADA         **GRANT & WEBER INC. d/b/a GRANT**
   IMAGING, LLC d/b/a LAKE MEAD                         **WEBER**

17 RADIOLOGY; CLARK COUNTY OF
   NEVADA d/b/a UNIVERSITY  MEDICAL

18 CENTER OF SOUTHERN NEVADA; HCA,
   INC. d/b/a MOUNTAINVIEW HOSPITAL;

19 PROSTHETIC CENTER OF EXCELLENCE;
   AGATA/VENGER PARTNERSHIP, LLP

20 d/b/a WESTERN REGIONAL CENTER FOR
   BRAIN & SPINE; DAVID D. MOON, D.O.

21 LTD. d/b/a ACCELERATED
   REHABILITATION & PAIN CENTER; THE

22 BIEN GROUP LLC d/b/a NEVADA PAIN
   MANAGEMENT; EMERGENCY

23 PHYSICIANS MEDICAL GROUP, INC. a/k/a
   MEDICAL BILLING AND FINANCE

24 SERVICES; MED-CARE SOLUTIONS, LLC
   d/b/a MED-CARE SOLUTIONS; WEST

25 ASSET MANAGEMENT, INC. d/b/a WEST
   ASSET MANAGEMENT; GRANT & WEBER

26

27

28

EDWARD M.
BERNSTEIN
& ASSOCIATES
ATTORNEYS AT LAW
500 SO. FOURTH ST.
LAS VEGAS,
NEVADA 89101
(702) 240-0000

INC. d/b/a GRANT WEBER; KEY HEALTH
MEDICAL SOLUTIONS OF NEVADA, INC.
a/k/a KEY HEALTH MANAGEMENT INC.;
CREDIT BUREAU CENTRAL, INC. d/b/a
CREDIT BUREAU CENTRAL; and ROE
CORPORATIONS I-X,

Defendants.

Plaintiffs, JOHN E. CRUZ and SILVIA CRUZ, by and through their attorney of record,

GARY W. CALL, ESQ., of the law firm of EDWARD M. BERNSTEIN & ASSOCIATES, based

Defendant, GRANT & WEBER INC. d/b/a GRANT WEBER representations that it has

dismissed its claims against Plaintiff, hereby dismisses their Complaint against Defendant, GRANT

& WEBER INC. d/b/a GRANT WEBER, without prejudice.  No responsive pleadings have been

filed.  Each party shall bear their own attorneys' fees and costs.

DATED this _____ day of September, 2010.

EDWARD M. BERNSTEIN & ASSOCIATES

By:_____
    GARY W. CALL, ESQ.
    Nevada Bar No. 6922
    EDWARD M. BERNSTEIN & ASSOCIATES
    500 South Fourth Street
    Las Vegas, Nevada 89101
    Phone: (702) 384-4000
    Fax:    (702) 385-4640
    Attorneys for Plaintiffs

IT IS SO ORDERED.

_____
PHILIP M. PRO, U.S. DISTRICT JUDGE

Dated:  September 8, 2010.

EDWARD M.
BERNSTEIN
& ASSOCIATES
ATTORNEYS AT LAW
500 SO. FOURTH ST.
LAS VEGAS,
NEVADA 89101
(702) 240-0000