1  **VDSM**
2  GARY W. CALL, ESQ.
   Nevada Bar No. 6922
3  EDWARD M. BERNSTEIN & ASSOCIATES
   500 South Fourth Street
4  Las Vegas, Nevada 89101
   Phone: (702) 384-4000
5  Fax:   (702) 385-4640
6  Attorneys for Plaintiffs

7                    UNITED STATES DISTRICT COURT

8                         DISTRICT OF NEVADA

9                              ---oOo---

10 JOHN E. CRUZ and SILVIA CRUZ,          Case No.: 2:09-CV-02461-PMP-LRL

11          Plaintiffs,

12 vs.

13 HEALTHSOUTH CORPORATION, as plan
   sponsor and plan administrator for
14 HEALTHSOUTH GROUP HEALTH PLAN;
15 BLUE CROSS BLUE SHIELD OF ALABAMA      **VOLUNTARY DISMISSAL**
   as claims administrator for HEALTHSOUTH **WITHOUT PREJUDICE OF**
16 GROUP HEALTH PLAN; CHW NEVADA          **MED-CARE SOLUTIONS, LLC d/b/a MED-**
   IMAGING COMPANY, LLC f/k/a NEVADA      **CARE SOLUTIONS**
17 IMAGING, LLC d/b/a LAKE MEAD
   RADIOLOGY; CLARK COUNTY OF
18 NEVADA d/b/a UNIVERSITY MEDICAL
19 CENTER OF SOUTHERN NEVADA; HCA,
   INC. d/b/a MOUNTAINVIEW HOSPITAL;
20 PROSTHETIC CENTER OF EXCELLENCE;
   AGATA/VENGER PARTNERSHIP, LLP
21 d/b/a WESTERN REGIONAL CENTER FOR
   BRAIN & SPINE; DAVID D. MOON, D.O.
22 LTD. d/b/a ACCELERATED
23 REHABILITATION & PAIN CENTER; THE
   BIEN GROUP LLC d/b/a NEVADA PAIN
24 MANAGEMENT; EMERGENCY
   PHYSICIANS MEDICAL GROUP, INC. a/k/a
25 MEDICAL BILLING AND FINANCE
   SERVICES; MED-CARE SOLUTIONS, LLC
26 d/b/a MED-CARE SOLUTIONS; WEST
   ASSET MANAGEMENT, INC. d/b/a WEST
27 ASSET MANAGEMENT; GRANT & WEBER
28

EDWARD M.
BERNSTEIN
& ASSOCIATES
ATTORNEYS AT LAW
500 SO. FOURTH ST.
LAS VEGAS,
NEVADA 89101
(702) 240-0000

INC. d/b/a GRANT WEBER; KEY HEALTH MEDICAL SOLUTIONS OF NEVADA, INC. a/k/a KEY HEALTH MANAGEMENT INC.; CREDIT BUREAU CENTRAL, INC. d/b/a CREDIT BUREAU CENTRAL; and ROE CORPORATIONS I-X,

   Defendants.

Plaintiffs, JOHN E. CRUZ and SILVIA CRUZ, by and through their attorney of record, GARY W. CALL, ESQ., of the law firm of EDWARD M. BERNSTEIN & ASSOCIATES, based Defendant, MED-CARE SOLUTIONS, LLC d/b/a MED-CARE SOLUTIONS representations that it has settled its claims against Plaintiff, hereby dismisses their Complaint against Defendant, MED-CARE SOLUTIONS, LLC d/b/a MED-CARE SOLUTIONS, without prejudice. No responsive pleadings have been filed. Each party shall bear their own attorneys' fees and costs.

DATED this 8 day of September, 2010.

EDWARD M. BERNSTEIN & ASSOCIATES

By: _____
GARY W. CALL, ESQ.
Nevada Bar No. 6922
EDWARD M. BERNSTEIN & ASSOCIATES
500 South Fourth Street
Las Vegas, Nevada 89101
Phone: (702) 384-4000
Fax:    (702) 385-4640
Attorneys for Plaintiffs

IT IS SO ORDERED.

_____
PHILIP M. PRO, U.S. DISTRICT JUDGE

Dated:  September 8, 2010.