1 | **VDSM**
2 | GARY W. CALL, ESQ.
  | Nevada Bar No. 6922
3 | EDWARD M. BERNSTEIN & ASSOCIATES
  | 500 South Fourth Street
4 | Las Vegas, Nevada 89101
  | Phone: (702) 384-4000
5 | Fax:   (702) 385-4640
6 | Attorneys for Plaintiffs

7 | UNITED STATES DISTRICT COURT
8 | DISTRICT OF NEVADA
9 | ---o0o---

10 | JOHN E. CRUZ and SILVIA CRUZ,                                Case No.: 2:09-CV-02461-PMP-LRL
11 |           Plaintiffs,
12 | vs.
13 | HEALTHSOUTH CORPORATION, as plan
14 | sponsor and plan administrator for
   | HEALTHSOUTH GROUP HEALTH PLAN;
15 | BLUE CROSS BLUE SHIELD OF ALABAMA           **VOLUNTARY DISMISSAL**
   | as claims administrator for HEALTHSOUTH     **WITHOUT PREJUDICE OF**
16 | GROUP HEALTH PLAN; CHW NEVADA               **THE BIEN GROUP LLC d/b/a NEVADA**
   | IMAGING COMPANY, LLC f/k/a NEVADA           **PAIN MANAGEMENT**
17 | IMAGING, LLC d/b/a LAKE MEAD
   | RADIOLOGY; CLARK COUNTY OF
18 | NEVADA d/b/a UNIVERSITY MEDICAL
19 | CENTER OF SOUTHERN NEVADA; HCA,
   | INC. d/b/a MOUNTAINVIEW HOSPITAL;
20 | PROSTHETIC CENTER OF EXCELLENCE;
   | AGATA/VENGER PARTNERSHIP, LLP
21 | d/b/a WESTERN REGIONAL CENTER FOR
   | BRAIN & SPINE; DAVID D. MOON, D.O.
22 | LTD. d/b/a ACCELERATED
23 | REHABILITATION & PAIN CENTER; THE
   | BIEN GROUP LLC d/b/a NEVADA PAIN
24 | MANAGEMENT; EMERGENCY
   | PHYSICIANS MEDICAL GROUP, INC. a/k/a
25 | MEDICAL BILLING AND FINANCE
   | SERVICES; MED-CARE SOLUTIONS, LLC
26 | d/b/a MED-CARE SOLUTIONS; WEST
27 | ASSET MANAGEMENT, INC. d/b/a WEST
   | ASSET MANAGEMENT; GRANT & WEBER
28 |

EDWARD M.
BERNSTEIN
& ASSOCIATES
ATTORNEYS AT LAW
500 SO. FOURTH ST.
LAS VEGAS,
NEVADA 89101
(702) 240-0000

INC. d/b/a GRANT WEBER; KEY HEALTH MEDICAL SOLUTIONS OF NEVADA, INC. a/k/a KEY HEALTH MANAGEMENT INC.; CREDIT BUREAU CENTRAL, INC. d/b/a CREDIT BUREAU CENTRAL; and ROE CORPORATIONS I-X,

Defendants.

Plaintiffs, JOHN E. CRUZ and SILVIA CRUZ, by and through their attorney of record, GARY W. CALL, ESQ., of the law firm of EDWARD M. BERNSTEIN & ASSOCIATES, based Defendant, THE BIEN GROUP LLC d/b/a NEVADA PAIN MANAGEMENT representations that it has settled its claims against Plaintiff, hereby dismisses their Complaint against Defendant, THE BIEN GROUP LLC d/b/a NEVADA PAIN MANAGEMENT, without prejudice. No responsive pleadings have been filed. Each party shall bear their own attorneys' fees and costs.

DATED this ___ day of September, 2010.

EDWARD M. BERNSTEIN & ASSOCIATES

By: _____
GARY W. CALL, ESQ.
Nevada Bar No. 6922
EDWARD M. BERNSTEIN & ASSOCIATES
500 South Fourth Street
Las Vegas, Nevada 89101
Phone: (702) 384-4000
Fax:    (702) 385-4640
Attorneys for Plaintiffs

IT IS SO ORDERED.

_____
PHILIP M. PRO, U.S. DISTRICT JUDGE

Dated: September 8, 2010.