SAO
GARY W. CALL, ESQ.
Nevada Bar No. 6922
EDWARD M. BERNSTEIN & ASSOCIATES
500 South Fourth Street
Las Vegas, Nevada 89101
Phone: (702) 384-4000
Fax:    (702) 385-4640
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

---oOo---

| | |
|---|---|
| JOHN E. CRUZ and SILVIA CRUZ,<br><br>    Plaintiffs,<br><br>vs.<br><br>HEALTHSOUTH CORPORATION, as plan sponsor and plan administrator for HEALTHSOUTH GROUP HEALTH PLAN; BLUE CROSS BLUE SHIELD OF ALABAMA as claims administrator for HEALTHSOUTH GROUP HEALTH PLAN; CHW NEVADA IMAGING COMPANY, LLC f/k/a NEVADA IMAGING, LLC d/b/a LAKE MEAD RADIOLOGY; CLARK COUNTY OF NEVADA d/b/a UNIVERSITY MEDICAL CENTER OF SOUTHERN NEVADA; HCA, INC. d/b/a MOUNTAINVIEW HOSPITAL; PROSTHETIC CENTER OF EXCELLENCE; AGATA/VENGER PARTNERSHIP, LLP d/b/a WESTERN REGIONAL CENTER FOR BRAIN & SPINE; DAVID D. MOON, D.O. LTD. d/b/a ACCELERATED REHABILITATION & PAIN CENTER; THE BIEN GROUP LLC d/b/a NEVADA PAIN MANAGEMENT; EMERGENCY PHYSICIANS MEDICAL GROUP, INC. a/k/a MEDICAL BILLING AND FINANCE SERVICES; MED-CARE SOLUTIONS, LLC d/b/a MED-CARE SOLUTIONS; WEST ASSET MANAGEMENT, INC. d/b/a WEST ASSET MANAGEMENT; GRANT & WEBER | Case No.: 2:09-CV-02461-PMP-LRL<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

EDWARD M.
BERNSTEIN
& ASSOCIATES
ATTORNEYS AT LAW
500 SO. FOURTH ST.
LAS VEGAS,
NEVADA 89101
(702) 240-0000

INC. d/b/a GRANT WEBER; KEY HEALTH MEDICAL SOLUTIONS OF NEVADA, INC. a/k/a KEY HEALTH MANAGEMENT INC.; CREDIT BUREAU CENTRAL, INC. d/b/a CREDIT BUREAU CENTRAL; and ROE CORPORATIONS I-X,

      Defendants.

### STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED and AGREED, by and between the parties hereto through their respective counsel of record after agreeing to settle the above-referenced matter, that the above-entitled matter be dismissed, with prejudice as to Defendants, HEALTHSOUTH CORPORATION, as plan sponsor and plan administrator for HEALTHSOUTH GROUP HEALTH PLAN; DAVID D. MOON, D.O. LTD. d/b/a ACCELERATED REHABILITATION & PAIN CENTER; KEY HEALTH MEDICAL SOLUTIONS OF NEVADA, INC. a/k/a KEY HEALTH MANAGEMENT INC.; and BLUE CROSS BLUE SHIELD OF ALABAMA as claims administrator

///

///

///

for HEALTHSOUTH GROUP HEALTH PLAN, all parties to bear their own attorneys fees and costs. Trial has not been set and no motions are pending.

DATED this ___ day of ~~August,~~ Sept. 2010.

By: _____
GARY W. CALL, ESQ.
Nevada Bar No. 6922
EDWARD M. BERNSTEIN
& ASSOCIATES
500 South Fourth Street
Las Vegas, Nevada 89101
Phone: (702) 384-4000
Fax: (702) 385-4640
Attorneys for Plaintiffs

DATED this 9th day of ~~August,~~ September 2010.

By: _____
L. Christopher Rose, Esq.
Eunice M. Morgan, Esq.
JOLLEY URGA WIRTH WOODBURY & STANDISH
3800 Howard Hughes Parkway
Sixteenth Floor
Las Vegas, Nevada 89169
Fax No.: (702)699-7555
Attorneys for Key Health Medical Solutions of Nevada, Inc.

DATED this 7th day of ~~August,~~ September 2010.

By: _____
Lance Earl, Esq.
Bryan L. Wright, Esq.
HOLLAND & HART
3800 Howard Hughes Parkway
10th Floor
Las Vegas, Nevada 89169
Fax No.: (702)365-6940
Attorneys for David D. Moon, D.O.

DATED this 15 day of ~~August,~~ September 2010.

By: _____
Kathleen M. Paustian, Esq.
GONZALEZ SAGGIO & HARLAN
411 E. Bonneville Avenue
Suite 100
Las Vegas, Nevada 89101
Fax No.: (702)366-1945
Attorneys for Healthsouth Corporation

DATED this 15 day of ~~August,~~ September 2010.

By: _____ for
Constance L. Akridge, Esq.
Matthew T. Malone, Esq.
JONES VARGAS
3773 Howard Hughes Pkwy.
3rd Floor South
Las Vegas, Nevada 89169
Fax No.: (702)734-2722
Attorneys for BCBS

## ORDER FOR DISMISSAL WITH PREJUDICE

Based upon the foregoing Stipulation by the parties and good cause appearing therefore, it is hereby

ORDERED, ADJUDGED and DECREED that the above-entitled action be, and the same hereby is dismissed with prejudice, as to Defendants, HEALTHSOUTH CORPORATION, as plan sponsor and plan administrator for HEALTHSOUTH GROUP HEALTH PLAN; DAVID D. MOON, D.O. LTD. d/b/a ACCELERATED REHABILITATION & PAIN CENTER; KEY HEALTH MEDICAL SOLUTIONS OF NEVADA, INC. a/k/a KEY HEALTH MANAGEMENT INC.; and BLUE CROSS BLUE SHIELD OF ALABAMA as claims administrator for HEALTHSOUTH GROUP HEALTH PLAN, each party to bear its own attorneys fees and costs incurred.

DATED this 20th day of September, 2010.

_____
FEDERAL COURT JUDGE

Submitted by:

EDWARD M. BERNSTEIN & ASSOCIATES

By: _____
GARY W. CALL, ESQ.
Nevada Bar No. 6922
EDWARD M. BERNSTEIN & ASSOCIATES
500 South Fourth Street
Las Vegas, Nevada 89101
Phone: (702) 384-4000
Fax:    (702) 385-4640
Attorneys for Plaintiffs